IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____

BAY AREA CREDIT SERVICE, LLC, a California limited liability company, and
HOV SERVICES, LLC, a Nevada limited liability company,

      Plaintiffs,

v.

PAUL J. KONKEL and
DOUGLAS C. SPENCER

      Defendants.

## PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT

Plaintiffs Bay Area Credit Service, LLC and HOV Services, LLC, by and through their undersigned counsel, and pursuant to D.C. COLO. L Civ. R 7.4, hereby disclose as follows:

Plaintiff Bay Area Credit Service, LLC is wholly owned by Plaintiff HOV Services, LLC. Plaintiff HOV Services, LLC is wholly owned by HOVS Ltd, which is a foreign corporation publicly traded on the National Stock Exchange in India.

Respectfully submitted this 17th day of June, 2009.

                              KUTAK ROCK LLP

                              *s/ Mark C. Willis*
                              Mark C. Willis
                              1801 California Street, Suite 3100
                              Denver, CO 80202-2658
                              Telephone: (303)297-2400
                              Facsimile: (303) 292-7799
                              E-mail: mark.willis@kutakrock.com

                              ATTORNEYS FOR PLAINTIFFS

4814-0464-1027.1