**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  09-cv-01420-REB-KLM

BAY AREA CREDIT SERVICE, LLC, a California limited liability company, and
HOV SERVICES, LLC, a Nevada limited liability company,

    Plaintiffs,

v.

PAUL J. KONKEL, and
DOUGLAS C. SPENCER,

    Defendants.

## ORDER DISMISSING DEFENDANT PAUL J. KONKEL, ONLY

**Blackburn, J.**

The matter before me is the **Stipulation For Dismissal With Prejudice of Action Against Defendant Paul J. Konkel** [#16] filed October 20, 2009.  After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that plaintiffs' claims against defendant Paul J. Konkel should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulation For Dismissal With Prejudice of Action Against Defendant Paul J. Konkel** [#16] filed October 20, 2009, is **APPROVED**;

    2.  That plaintiffs' claims against defendant, Paul J. Konkel, are **DISMISSED WITH PREJUDICE**; and

3. That defendant, Paul J. Konkel, is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated October 21, 2009, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge